# DISCHARGE OF MORTGAGE

I, ROBERT M. FARRELL, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from DOUGLAS CONIGLIARO to the Clerk of the United States District Court for the District of Massachusetts, for property located at 15 HALE DRIVE, DEDHAM, MA 02026 dated DECEMBER 22, 2014 recorded in the official records book of NORFOLK REGISTRY OF DEEDS in Book 32794 Page 538 acknowledge satisfaction of the same and hereby DISCHARGE said mortgage.

Witness my hand and seal this 29th day of September 2022.

ROBERT M. FARRELL
Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

On this 29th day of September 2022, before me, the undersigned notary public, personally appeared ROBERT M. FARRELL, Clerk of Court, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the preceding or attached document in my presence.

Notary Public
My commission expires: 12/13/2024





NILSA VANY BARBOSA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
December 13, 2024